M/D 1

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2009 NOV 16   A 11: 11

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jerry Jerome Gaskins )
_____ )
Full name and prison name of )
Plaintiff(s) )
 )
v. )
 )
Montgomery Department )
Of Correction )
_____ )
 )
Sheriff Of Houston )
County (Andy Hughes) )
_____ )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

CIVIL ACTION NO. 1:09-cv-1058-TMH
(To be supplied by Clerk of U.S. District
 Court)

I.   PREVIOUS LAWSUITS

   A.   Have you begun other lawsuits in state or federal court dealing with the same or
        similar facts involved in this action?  YES ☐   No ☒

   B.   Have you begun other lawsuits in state or federal court relating to your
        imprisonment?        YES ☐        NO ☒

   C.   If your answer to A or B is yes, describe each lawsuit in the space below.  (If there
        is more than one lawsuit, describe the additional lawsuits on another piece of paper,
        using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff (s) _____

             _____

             Defendant(s) _____

             _____

        2.   Court (if federal court, name the district; if state court, name the county)

             _____

             _____

3.    Docket number _____

4.    Name of judge to whom case was assigned _____
      _____

5.    Disposition (for example: was the case dismissed? Was it appealed? Is it still
      pending ?) _____

6.    Approximate date of filing lawsuit _____

7.    Approximate date of disposition _____

II.   PLACE OF PRESENT CONFINEMENT _____
      _____

      PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
      _____

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
      CONSTITUTIONAL RIGHTS.

            NAME                          ADDRESS

1.    Andy Hughes Sheriff 901 East Main

2.    Dothan AL 36301

3.    Montgomery Department Of Correction

4.    P.O Box 302505, Montgomery AL 36130-

5.    2405

6.    _____

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
      October 15, 2009

V.    STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
      THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

      GROUND ONE:   I was transfered to the Houston
      County Jail and booked on the charge of

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the time, place and manner and person involved.)

Failure to Appear. On October 14, 2009 my release was ordered by Judge Binford. Upon me getting ready to be release it was discovered that I had a detainer for a fugitive Warrant I have not been charge or officially booked to this Day.

GROUND TWO: Montgomery (D.O.C) was notified of my detention on 10-15-09. I have not seen nor spoken to any representive of Montgomery D.O.C

SUPPORTING FACTS: Its my constitutional right, upon being charge with a crime to either be booked on that crime or given back my liberty. I have not been booked. The appropiate authorities been notified and I have no pending charges In the county I'm being detain

GROUND THREE: I have wrote through U.S. Mail my accused three (3) times with no response Its my constitutional right to confront my accused

SUPPORTING FACTS: Montgomery Department of Correction is aware that I arrived here at the Houston County Jail on 9-29-09, and they were officially notified on 10-15-09. I have not been given a hearing date, nor seen any representive of the Department of Correction. They have had ample amount of time to transfer me to answer for any charges

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I wish for the Court to make Montgomery Department Of Correction to transfer me to the appropriate facility and I be given a hearing on the charges they have against me Or release me. I've been here 76 days

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 11-9-09 _____.
                  (Date)

_____
Signature of plaintiff(s)

Jerry Gaskins 39326
Houston County Jail
901 East Main Main
Dothan Al 36301



MONTGOMERY AL

13 NOV 2009 PM 3

Debra P Hackett
United States District Court
Middle District Of Alabama
Office Of The Clerk
Post Office Box
Montgomery, Al 36101-0711

36101/0711