IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JERRY JEROME GASKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:09-CV-1058-TMH |
| | ) [WO] |
| | ) |
| MONTGOMERY DEPARTMENT OF CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the complaint and as the Montgomery Department of Corrections is not a legal entity, it is

ORDERED that on or before December 9, 2009 the plaintiff shall file an amendment to his complaint in which he identifies the entity which issued the detainer about which he complains.

Done this 18th day of November, 2009.


                                          /s/ Wallace Capel, Jr.
                                     WALLACE CAPEL, JR.
                                     UNITED STATES MAGISTRATE JUDGE