IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JERRY JEROME GASKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:09-cv-1058-TMH |
| | ) | [WO] |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #8) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #8) of the Magistrate Judge is ADOPTED. It is further

ORDERED that Plaintiff's claims against the Alabama Department of Corrections are DISMISSED, with prejudice, pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i), and the Alabama Department of Corrections is DISMISSED as a defendant in this cause of action. It is further

ORDERED that this case, with respect to Plaintiff's claim regarding the validity of

his incarceration in the Houston County Jail on a state detainer, is referred back to the Magistrate Judge for appropriate proceedings.

Done this 29th day of December, 2009.

/s/ Truman M. Hobbs

UNITED STATES DISTRICT JUDGE